PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under a Mortgage Made by HARRIMAN BUILDING CORPORATION to AMERICAN TRUST COMPANY (OF NEW YORK) as Trustee, Respondent, v. HARRIMAN BUILDING CORPORATION, Appellant, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ. [183 Misc. 656.] [See post, p. 835.]

JOHN C. MCNAMARA, JR., Appellant, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 929.]

ABBOTT GLASS CO., INC., Respondent, v. NATHAN STRAUS-DUPARQUET, INC., et al., Appellants, et al., Defendants.— Under the peculiar circumstances disclosed by the record, the examination in this case was properly granted. Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

PAUL S. VAN BAARN, Appellant, v. MARK SPERO, Doing Business as MARK SPERO OF LONDON, Respondent, et al., Defendants.— Order unanimously modified by providing that the motion to preclude is granted unless appellant serve within ten days after service of order with notice of entry a bill of particulars as to the following items of defendant-respondent's demand: 2, 2(a), 2(b), 3 omitting therefrom "if oral set forth the facts and circumstances thereof", 4(c), 7(a), 10 omitting therefrom "if oral, set forth the facts and circumstances thereof" and item 11, and unless appellant pay to respondent $10 costs. As so modified the order is affirmed, without costs of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Appointment of a Committee of the Person, Property and Estate of ANNA KALTMAN, an Alleged Incompetent Person. ANNA KALTMAN, Alleged Incompetent Person, Appellant; MEYER ALTERMAN, as Special Guardian, Respondent.— Order appealed from, entered April 5, 1945, affirmed. Martin, P. J., and Callahan, J., dissent and vote to reverse said order and grant the motion to discontinue the incompetency proceedings. Order entered March 9, 1945, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 842.]